DANIEL J. BRODERICK, #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
STEPHEN J. BETZ, Bar #234510
Staff Attorney
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant Felipe J. Cabrera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-MJ-0200 |
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PERSONAL |
| | ) | PRESENCE;  ORDER THEREON |
| v. | ) | |
| FELIPE J. CABRERA, | ) | |
| Defendant. | ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences and motions hearings.

Defendant hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  He agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

///

///

///

///

///

1      DATED:  September 20, 2006

2                                                      /s/ Felipe J. Cabrera
                                                     FELIPE J. CABRERA
3                                                    Defendant

4                                                      /s/ Stephen J. Betz
5      DATED:  September 20. 2006          STEPHEN J. BETZ
                                                     Staff Attorney
6                                                    Attorney for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

IT IS SO ORDERED.
22

**Dated:   September 22, 2006**          /s/ Lawrence J. O'Neill
23     b9ed48                                 UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Waiver of Defendant's Personal
Presence; [Proposed] Order Thereon          −2−